432

Patrick S. CRUISE, Petitioner,

v.

DEPARTMENT OF THE TREASURY,
Respondent.

No. 02–3188.

United States Court of Appeals,
Federal Circuit.

Oct. 17, 2002.

*ORDER*

On September 12, 2002, this court dismissed Patrick S. Cruise's petition for review for failure to file a corrected Fed. Cir. R. 15(c) statement by September 3, 2002. This court received Cruise's corrected Fed. Cir. R. 15(c) statement on September 9.

Upon consideration thereof,

IT IS ORDERED THAT:

Cruise is granted an extension of time to file the corrected Fed. Cir. R. 15(c) statement. The mandate is recalled, this court's September 12 order is vacated, and the petition for review is reinstated. The Department of the Treasury should calculate the due date for its brief from the date of filing of this order.

Frances T. WOODS, Petitioner,

v.

DEPARTMENT OF THE AIR
FORCE, Respondent.

No. 02–3318.

United States Court of Appeals,
Federal Circuit.

Oct. 21, 2002.

*ORDER*

Frances T. Woods moves for reconsideration of the court's August 29, 2002 order dismissing her petition for review for failure to pay the filing fee, file a Fed. Cir. R. 15(c) statement concerning discrimination, or file a brief. Woods moves for an extension of time, until October 24, 2002, to file her brief. The motions are unopposed.

The fee has been paid and the Rule 15(c) statement has been received.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for reconsideration is granted; the mandate is recalled; and the petition is reinstated.

(2) The motion for an extension is granted.